A12A2506. COOK et al v. GLOVER.
(763 SE2d 272)

BRANCH, Judge.

In *Cook v. Bottesch*, 320 Ga. App. 796 (740 SE2d 752) (2013), this Court addressed whether the Georgia Department of Community Health (DCH) correctly imposed an asset transfer penalty on four applicants for Medicaid benefits. In three of the cases,[1] this Court reversed the ruling of the relevant superior courts that had reversed the penalty imposed by DCH. Id. In Case No. A12A2506, which is now again before us, we reversed the decision of the superior court, which had upheld the penalty imposed by DCH on applicant Jerry L. Glover. Id. On writ of certiorari, the Supreme Court of Georgia reversed that portion of our decision in *Cook v. Bottesch*, 320 Ga. App. 796, applicable to Case No. A12A2506. See *Cook v. Glover*, 295 Ga. 495 (761 SE2d 267) (2014). We therefore vacate that portion of our earlier opinion applicable to Case No. A12A2506, adopt the Supreme Court's opinion as our own with regard to that case, and affirm the judgment of the superior court.

*Judgment affirmed. Miller and Ray, JJ., concur.*

DECIDED AUGUST 26, 2014.

*J. Kevin Tharpe*, for appellant.

---

[1] *Cook v. Bottesch*, Case No. A12A2268; *Cook v. Shorey*, Case No. A12A2269; and *Cook v. Robertson*, Case No. A13A0006. In April 2013, this Court issued remittiturs to the trial court in each of those cases.

*Samuel S. Olens, Attorney General, Shalen S. Nelson, Senior Assistant Attorney General, Michelle Townes, Jason S. Naunas, Assistant Attorneys General*, for appellees.